**Opinion issued November 25, 2014**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-14-00879-CV

————————————

## IN RE TRACY M. GIBBS, Relator

---

## Original Proceeding on Petition for Writ of Habeas Corpus

---

## MEMORANDUM OPINION

Relator, Tracy M. Gibbs, has filed a petition for writ of habeas corpus.[*] We

**deny** the petition.

## PER CURIAM

Panel consists of Chief Justice Radack and Justices Bland and Huddle.

---

[*] The underlying case is *In the Interest of [C.M.G.]*, cause number 2001-25797, pending in the 257th District Court of Harris County, Texas, the Hon. Judy Warne presiding.